UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of TELEGRAPH MEDIA GROUP LIMITED for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | 23-MC-215 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    The parties shall brief proposed intervenor Zia Chishti's motions to seal, intervene and quash subpoena, see ECF No. 13, according to the briefing schedule previously set forth by the Court in ECF No. 9.

Dated: August 1, 2023
       New York, New York

                                                SO ORDERED.

                                                JESSICA G. L. CLARKE
                                                United States District Judge